IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DONALD COLBEY, ) | |
| Plaintiff, ) | |
| v. ) | No. 15-0680-CV-W-DGK |
| CITIBANK, N.A., ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to prosecute.

| | |
|---|---|
| December 1, 2015 | Paige Wymore-Wynn |
| Dated | Acting Clerk of Court |
| | |
| December 1, 2015 | /s/ Alex Francis |
| Entered | (by) Deputy Clerk |